Mindy Kallus, Esq.
3220 Netherland Ave., Suite 5D
Bronx, New York 10463
(646)954-1816
kallusesq@gmail.com

January 21, 2020

(VIA ECF)
Judge Vernon Broderick, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 1/22/2020

Re: *Brian Fischler v. A Group NY, Inc.*
1:19-cv-5774

Dear Judge Broderick,

As an attorney with the Law Offices of Michael Chong I represented Defendant in this action. Due to a change in circumstances, I am no longer associated with Mr. Chong. Accordingly I respectfully move to withdraw as counsel for Defendant. Defendant will not be prejudiced as Mr. Chong represented Defendant from the outset of this action.

Very Truly Yours,

/s/Mindy Kallus

To: All Counsel (VIA ECF)